LAMB RUBBER CORPORATION, PLAINTIFF-RESPONDENT,
v. MILTON J. LIEBSTEIN, DEFENDANT-PETITIONER.

*Messrs. Mayer & Mayer* for the petitioner.

*Messrs. Lum, Fairlie & Foster* and *Mr. Charles S. Barrett, Jr.,* for the respondent.

May 10, 1954. Granted.

ERWIN GERBER, PLAINTIFF-RESPONDENT, v. HARRY
TUNKEL, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. McGlynn, Weintraub & Stein* for the petitioners.

*Messrs. Ruback & Albach* for the respondent.

May 10, 1954. Denied.

GLADYS KELLEY, *ET AL.*, PLAINTIFFS-RESPONDENTS, v.
CITY OF NEWARK, DEFENDANT-PETITIONER.

See same case below: 29 *N. J. Super.* 291.

*Mr. Horace S. Bellfatto* for the petitioner.

May 10, 1954. Granted.